§PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for CLERK-LAS CRUCES

**Western District of Texas**

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cuauhtemoc Cisneros-Valdez      Case Number: P-13-M-275

Name of Sentencing Judicial Officer: Honorable B. Dwight Goains, U.S. Magistrate Judge

Date of Original Sentence: April 25, 2013

Original Offense: Illegal Entry (8 U.S.C. §1325(a)(1))

Original Sentence: 1 year probation

Type of Supervision: Probation      Date Supervision Commenced: April 25, 2013

Assistant U.S. Attorney: James J. Miller, Jr.      Defense Attorney: Elizabeth Rogers (AFPD)

### PREVIOUS COURT ACTION

Not applicable.

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant is not permitted to enter the United States illegally." |
| | "The defendant is not permitted to commit another federal, state or local crime." |

Nature of Noncompliance: On or about October 18, 2013, the defendant was encountered by U.S. Border Patrol agents in Tucson, Arizona. After further investigation, it was determined the defendant was in the United States illegally. He was then placed under arrest. Federal charges have not been filed in the District of Arizona, Tucson Division.

U.S. Probation Officer Recommendation: In light of the defendant's violation, it is recommended the term of probation be revoked.

    The term of supervision should be

- ☒ revoked. (Maximum penalty: __1__ year imprisonment; __1 year__ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

- ☐ extended for _____ years for a total term of _____ years

    The conditions of supervision should be modified as follows:

Approved by:

_[signature]_

Armando O. Flores
Supervising U.S. Probation Officer
Telephone: (432) 445-2971 Ext.35

Respectfully submitted by:

_[signature]_

Kristen A. Evans
U.S. Probation Officer
Telephone: (432) 445-2971, ext. 40
Date: November 4, 2013

KAE

cc: ADCUSPO, Del Rio
    James J. Miller, Jr.
    Assistant U.S. Attorney

---

THE COURT ORDERS:

- ☐ No action.
- ☒ The issuance of a warrant.
- ☐ The issuance of a summons.
- ☐ Other _____

_[signature]_
Honorable B. Dwight Goains
U.S. Magistrate Judge
11/14/2013
Date

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

19MJ2310

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. P:13-M-275 |
| Cuauhtemoc Cisneros-Valdez | ) | |
| Defendant | ) | |

W/TX - PECOS
2013 NOV 18 AM 10 38
RECEIVED U.S. MARSHALS

## ARREST WARRANT

To:      Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Cuauhtemoc Cisneros-Valdez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☑ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  Violation of conditions of probation

Date: 11/14/2013

_____
Issuing officer's signature

City and state: Pecos, Texas

William G. Putnicki, Clerk of Court
Printed name and title

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ Arresting officer's signature |
| | _____ Printed name and title |